IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
**CEDAR RAPIDS DIVISION**

| | |
|---|---|
| Damian Andrew, et al<br><br>   Plaintiff(s),<br>vs.<br><br>P&K Midwest, Inc, et al<br><br>   Defendant(s). | CASE NO. 1:25-cv-00216-MAR<br><br>NOTICE TO ATTORNEY(S) NOT ADMITTED TO PRACTICE IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF IOWA |

A Notice of Removal has been filed in the above matter. If you intend to continue to represent your client(s), you are required to:

1. Register for the Northern District of Iowa CM/ECF filing system, through PACER.gov; and

2. Apply for admission to the Northern District of Iowa, through PACER.gov; or

3. Have local counsel file a Motion to Appear Pro Hac Vice on your behalf and pay the $100.00 fee.

If you do not satisfy these requirements within 14 days from the date of this Notice, you will be terminated from the case.

Dated: 12/4/2025

PAUL DE YOUNG, Clerk of Court
United States District Court
Northern District of Iowa


By: s/ jag
      Deputy Clerk